**STATEMENT OF FACTS**

On Monday, February 20, 2006, at about 6:11 p.m., sworn officers with the Metropolitan Police Department's Sixth District received a radio run for subjects selling drugs at 46th and Hunt Place, N.E., Washington, D.C. When officers arrived in the area, they saw the defendant, Melvin Morgan, seated in the passenger side of a car with the door open. When the defendant saw officers, he immediately exited the car. The defendant was holding a bottle of beer and as officers got near him, he placed the bottle on the wall. Officers recovered the bottle and found it to contain an alcoholic beverage. When officers attempted to place the defendant under arrest, the defendant threw a set of keys to the ground and ran. The defendant was stopped shortly thereafter. Officers recovered the keys and found they fit the car in which the defendant had been sitting. A search of the car revealed a loaded Browning 9mm semi-automatic pistol in the glove box of the car. Officers placed the defendant under arrest. To the best of the undersigned officer's knowledge, defendant Melvin E. Morgan, Jr. has previously been convicted of crimes punishable by imprisonment for a term exceeding one year in the United States District Court for the District of Columbia, Criminal Case No. 02-202, and in the D.C. Superior Court Criminal Case No. F5368-99. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendants had been convicted of such crimes. He wrote his initials on the computer print-outs that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge, there are no Browning 9mm semi-automatic pistols nor ammunition manufactured in the District of Columbia. After arrest, the defendant told officers that the car belonged to his girlfriend.

OFFICER RONALD ROYSTER
SIXTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME ON THIS __ DAY OF FEBRUARY, 2006.

U.S. MAGISTRATE JUDGE